## PLAINTIFF'S INDEX TO EXHIBITS FILED WITH AMENDED COMPLAINT

**EXHIBIT #**

1.    USI MASTER

2.    USI WinDFR

3.    USI REMOTE

4.    USI REMOTE SCOPE

5.    USI QUICK SUMMARY

6.    USI DSP Main Module

7.    USI LIGHTNING STRIKE