# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MAGNETIC INSTRUMENTATION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:06-cv-1476-LJM-VSS |
| ) | |
| GREG BRADLEY, ) | |
| ) | |
| FRANCIS WAI, aka WING-KIN WAI, ) | |
| ) | |
| and ) | |
| ) | |
| APP ENGINEERING, INC. ) | |
| ) | March 7, 2008 |
| Defendants. ) | |

## JOINT REPORT ON STATUS OF JOINT EXPERT REPORT

In response to Judge Jane Magnus-Stinson's Order of February 29, 2008 (Document

Number 46) all parties hereby notify the Court that their joint expert, Buster Dunsmore, plans

to provide his full report to the parties Friday, March 14, 2008. The parties may need some

time thereafter to consider the report in detail. This report has been submitted by Defendants'

Counsel on behalf of all parties, with consent of plaintiff's counsel, John G. Garman.

Respectfully submitted,

Dated: March 7, 2008, /s/John C. McNett

John C. McNett
Woodard, Emhardt, Moriarty,
McNett & Henry LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
(317) 634-3456
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, a copy of the foregoing REPORT ON STATUS OF JOINT EXPERT REPORT was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system, as noted below. Parties may access this filing through the Court's system.

John G. Garman, Jr.
Garman Law Offices, P.C.
jgglaw@insightbb.com

John C. McNett
Woodard, Emhardt, Moriarty,
 McNett & Henry LLP
jmcnett@uspatent.com

/s/John C. McNett
John C. McNett

#517001